IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | CIVIL ACTION NOS. |
| BHAERMAN, et al. | 02-4508 |
| O'DELL | 02-4542 |
| ANSARI | 02-4810 |
| BAUER, et al. | 02-4904 |
| BARNES, et al. | 02-4922 |
| ARNOLD-SCHALL, et al. | 02-4946 |
| GAGE, et al. | 2-4993 |
| COPPOLA | 02-5066 |
| COTHRAN | 02-5075 |
| HARTMAN, et al. | 02-5118 |
| HEINTZ, et al. | 02-5170 |
| YOUNG | 02-5207 |
| MOORE, et al. | 02-5282 |
| WHITLATCH, et al. | 02-5286 |
| WALLACE, et al. | 02-5364 |
| SHERIDON | 02-5419 |
| SANTOS, et al. | 02-5457 |
| STREHL, SR., et al. | 02-5487 |
| HALL, et al. | 02-5576 |
| VS. |  |
| BAYER CORPORATION, *et al.* |  |

## O R D E R

**AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]  -  Order staying these proceedings pending disposition of a related action.

[ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

|        |   |                                                                                                                                                                              |
|--------|---|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| [   ]  | - | Interlocutory appeal filed.                                                                                                                                                  |
| [ X ]  | - | Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.. |

It is

    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                              **BY THE COURT:**

                                _____

                                **James McGirr Kelly, Judge**